**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID N. BADAGLIACCO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Ill. State Court No. 2021 L 003398 |
| ) | |
| SAFARILAND, LLC, a Limited Liability ) | |
| Company, ) | Federal Court No: 1:21-cv-2424 |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Safariland, LLC hereby removes to this Court the above-styled action, pending as Case No. 2021-L-003398 in the Circuit Court of Cook County, Illinois (the "Action"), and in support thereof, states as follows:

### INTRODUCTION

1.      The Action is properly removed to this Court pursuant to the federal removal statute, 28 U.S.C. § 1441, because (a) the Action is pending in the Circuit Court of Cook County, Illinois, which is within the Northern District of Illinois, Eastern Division, 28 U.S.C. § 93(a)(1); (b) this Court has diversity jurisdiction over the Action pursuant to 28 U.S.C. § 1332; and, (c) the procedural requirements for removal set forth in 28 U.S.C. § 1447 are satisfied.

### REMOVAL IS PROPER BECAUSE THE COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332

2.      This Notice of Removal is based upon subject matter jurisdiction conferred by complete diversity of citizenship pursuant to 28 U.S.C. § 1332.

3.      Paragraph 2 of the Complaint asserts that Plaintiff David N. Badagliacco is an individual and citizen of the State of Illinois. A copy of the Complaint is attached hereto as "Exhibit A."

4.      Safariland, LLC is corporation organized under the laws of Florida with its principal place of business in Florida.  Therefore, Safariland, LLC is a citizen of the state of Florida.

5.      Because Plaintiff Badagliacco is a citizen of Illinois and Defendant Safariland, LLC is a citizen of Florida, complete diversity of citizenship exists between Plaintiff and Defendant. 28 U.S.C. § 1332(a)(1).

6.      The amount-in-controversy requirement has also been met. See 28. U.S.C. § 1332(a) (requiring that the "matter in controversy exceeds the sum or value of $75,000). Plaintiff alleges that he "sustained severe and permanent injuries, both externally and internally, including, but not limited to, the destruction of his cornea and the necessity to undergo multiple surgeries as a result." Exhibit A, ¶ 17. Additionally, Plaintiff alleges that Safariland, LLC acted with willful and wanton negligence, which can form the basis for punitive damages. As such, the amount-in-controversy requirement is satisfied.

7.      Because this Action is between citizens of different states and because upon information and belief this Action exceeds $75,000, this Court has original jurisdiction under 28 U.S.C. §1332. Because this Court has original jurisdiction, this matter is properly removed pursuant to 28 U.S.C. §1441.

## SAFARILAND, LLC HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

8.      Plaintiff served Safariland, LLC on April 8, 2021. A copy of the Service of Process Transmittal is attached hereto as "Exhibit B." Therefore, the removal is timely filed because it occurred within thirty days of service of process. 28 U.S.C. § 1446.

9.      Pursuant to 28 U.S.C. § 1446, a copy of the Notice of Removal is being served on counsel for Plaintiff, and a copy will be promptly filed with the Circuit Court of Cook County, Illinois.

10.     Pursuant to 28 U.S.C. 1446(a), and in further support of this Notice, Safariland, LLC attaches hereto as "Exhibit C" all additional process, pleadings, and orders served upon them in this action.

11.     If any question arises as to the propriety of the removal of this Action, Safariland, LLC requests the opportunity to present a brief and oral argument in support of their position that this case is removable.

WHEREFORE, Defendant, Safariland, LLC, respectfully requests that this matter be removed from the Cook County Circuit Court, State of Illinois, to the United States District Court, Northern District of Illinois, Eastern Division.

Dated: May 5, 2021                              Respectfully Submitted,


                                        **PATTON & RYAN LLC**


                                By:     */s/ Charles R. Vogt*
                                        One of the attorneys for Defendant Safariland, LLC


John W. Patton, Jr.
David F. Ryan
Charles R. Vogt
**PATTON & RYAN LLC**
330 North Wabash Avenue, Suite 3800
Chicago, Illinois 60611
Phone: (312) 261-5160
Fax: (312) 261-5161
dryan@pattonryan.com
cvogt@pattonryan.com

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 5, 2021, a copy of the foregoing document was served via e-mail on the following counsel:

<u>**Attorneys for Plaintiff**</u>
Patrick J. Blum
Charles A. Terry
**ANSEI, OZMON, RODIN, NOVAK, KOHEN, LTD**
161 North Clark Street, Suite 2100
Chicago, IL 60601
P: (312) 372-3822
F: (312) 372-3833
pblum@anesilaw.com
cterry@anseilaw.com

Respectfully Submitted,

By: *     /s/ Charles R. Vogt     *
One of the attorneys for Defendant Safariland, LLC

John W. Patton, Jr.
David F. Ryan
Charles R. Vogt
**PATTON & RYAN LLC**
330 North Wabash Avenue, Suite 3800
Chicago, Illinois 60611
Phone: (312) 261-5160
Fax: (312) 261-5161
dryan@pattonryan.com
cvogt@pattonryan.com