

**Service of Process Transmittal**
04/08/2021
CT Log Number 539351716

| | |
|---|---|
| **TO:** | Julio Salvador, Attorney<br>Safariland, LLC<br>13386 INTERNATIONAL PKWY<br>JACKSONVILLE, FL 32218-2383 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | Safariland, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DAVID N. BADAGLIACCO, PLTF. vs. SAFARILAND, LLC, ETC., DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2021L003398 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/08/2021 at 12:54 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/08/2021, Expected Purge Date: 04/13/2021<br><br>Image SOP<br><br>Email Notification,  Julio Salvador  julio.salvador@safariland.com<br><br>Email Notification,  Brenda Howard  brenda.howard@safariland.com<br><br>Email Notification,  Heather Mclaughlin  heather.mclaughlin@safariland.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>866-401-8252<br>EastTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# EXHIBIT B



## PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Apr 8, 2021

**Server Name:** Sheriff Drop

| Entity Served | SAFARILAND, LLC |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 2021L003398 |
| Jurisdiction | IL |

