| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| **SUMMONS - ALIAS SUMMONS** | | **(06/28/18) CCG N001** |

* 5 0 0 6 8 8 1 2 *

FILED
3/31/2021 9:44 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L003398

12777770

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DAVID N. BADAGLIACCO,

(Name all parties)

v.

SAFARILAND, LLC, a Limited Liability Company,

Case No.:

**PLEASE SEE PAGES 2 AND 3**

● **SUMMONS**   ○ **ALIAS SUMMONS**

**To each Defendant:**

**YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee** within thirty (30) days after service of this Summons, **not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org** to initiate this process. Kiosks with internet access are available at all Clerks' Office locations. Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

**To the Officer:**

**This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Witness: _____

3/31/2021 9:44 AM IRIS Y. MARTINEZ

_____

**DOROTHY BROWN, Clerk of Court**

Atty. No.: <u>35244</u>
Atty Name: <u>Patrick J. Blum</u>
Firm Name: <u>Anesi, Ozmon, Rodin, Novak & Kohen, Ltd</u>
Atty. for: <u>Plaintiff</u>
Address: <u>161 North Clark Street, Suite 2100</u>
City: <u>Chicago</u>    State: <u>IL</u>
Zip: <u>60601</u>
Telephone: <u>312-372-3822</u>
Primary Email: <u>pblum@anesilaw.com</u>
Secondary Email: _____
Tertiary Email: _____

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

**EXHIBIT C**



## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 -
  Bridgeview 10220 S
  76th Ave Bridgeview,
  IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

**Daley Center Divisions/Departments**

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- County Division
  Richard J Daley
  Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- Probate Division
  Richard J Daley
  Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- ● Richard J Daley Center
  50 W Washington, Rm 801
  Law Division
  Hours:  8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley
  Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

**PLEASE SERVE THE FOLLOWING:**

Safariland, LLC, a Limited Liability Company
C T Corporation Systems, Reg. Agent
Or Serve Any Officer and/or Partner/Agent of the Company
208 South LaSalle Street, Suite 814
Chicago, IL 60604

* 5 0 0 6 8 8 1 2 *

16777/PJB/CAT/ks

Attorney ID# 35244

FILED
3/31/2021 9:44 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

12777770

DAVID N. BADAGLIACCO,    )
                         )
           Plaintiff,    )     Case No.:   2021L003398
                         )
v.                       )
                         )
SAFARILAND, LLC, a Limited Liability  )
Company,                 )
                         )
           Defendant.    )

## AFFIDAVIT

I, Patrick J. Blum, being first duly sworn on oath, deposes and states that if I were called

upon to testify, I would do so as follows:

1.      That I am an attorney at law licensed to practice in the State of Illinois.

2.      That I am an associate with the law firm of ANESI, OZMON, RODIN, NOVAK &

KOHEN, LTD., attorneys of record for the Plaintiff, DAVID N. BADAGLIACCO.

3.      That based upon the information available to me at the present time, the total

amount of money damages sought in this matter exceeds $50,000.00.

4.      That this Affidavit is submitted in compliance with Supreme Court Rule 222(b).

        FURTHER, Affiant sayeth not.

                                        /s/ Patrick J. Blum
                                        Patrick J. Blum

Attorney ID# **35244**
**ANESI, OZMON, RODIN, NOVAK &**
**KOHEN, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL 60601
312/372-3822 / pblum@anesilaw.com

before me this ___22___ day
of ___March___ , 2021 .

_Karyn A. Smoter_
Notary Public

"OFFICIAL SEAL"
KARYN A. SMOTER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/11/2023

SUBSCRIBED AND SWORN TO