## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| DAVID N. BADAGLIACCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:21-cv-2424 |
| | ) | |
| SAFARILAND, LLC, a Limited Liability | ) | |
| Company, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT SAFARI LAND, LLC, MOTION TO WITHDRAW
### CHARLES R. VOGT AS COUNSEL

Defendant, SAFARILAND, LLC, by their attorney Michael Hallock at Patton & Ryan,
LLC, move this Honorable Court, pursuant to Local Rule 83.17 of the United States District Court
for the Northern District of Illinois, to request leave to withdraw the appearance of Charles R.Vogt,
counsel for Defendant. In support of this motion Defendant states as follows:

1. Attorney Charles R. Vogt currently has an appearance on file on behalf of Defendant,
   Safariland, LLC.
2. At the time the appearance was filed Charles R. Vogt was employed by Patton & Ryan,
   LLC. and was listed as counsel for Defendant.
3. Attorney Charles R. Vogt is no longer employed with Patton & Ryan, LLC.
4. Defendant seeks leave of Court to withdraw the appearance of Charles R. Vogt.
5. Attorneys John W. Patton, Jr. and Michael Hallock have appearances on file for this
   case and will continue to represent Defendant.
6. No party will be prejudiced by the withdrawal of Charles R. Vogt's appearance.

Wherefore, Defendant, SAFARILAND, LLC, respectfully requests that this Honorable

Court grant the instant motion and withdraw the appearance of attorney Charles R. Vogt, on behalf

of Defendant.

By One of Their Attorneys:
/s/ Michael Hallock
Patton & Ryan, LLC.
330. N Wabash Ave. Ste. 3800
Chicago, IL 60611

John W. Patton, Jr.
David F. Ryan
Michael Hallock
**PATTON & RYAN, LLC**
330 N. Wabash Avenue, Suite 3800
Chicago, Illinois 60611
Ph: (312) 261-5160
Fax: (312) 261-5161
jpatton@pattonryan.com
dryan@pattonryan.com
mhallock@pattonryan.com

**CERTIFICATE OF SERVICE**

I, Jane Hartford, a non-attorney, under penalties as provided by law pursuant to 735 ILCS 5/1-109, hereby certify that on March 21, 2022, I provided service to the person or persons listed on the Service List below and caused the foregoing to be electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system.

*/s/ Jane Hartford*
*Legal Assistant*
Patton & Ryan, LLC
330 N. Wabash Ave., Ste. 3800
Chicago, IL 60611
312-261-5160
jhartford@pattonryan.com

**SERVICE LIST**

**Attorney for Plaintiff:**
Patrick J. Blum
Charles A. Terry
**Anesi, Ozmon, Rodin, Novak & Kohen, LTD**
161 North Clark Street, Suite 2100
Chicago, Illinois 60601
P: 312-372-3822
F: 312-372-3833
pblum@anesilaw.com
jtapia@anesilaw.com
rmurphy@anesilaw.com
cterry@anesilaw.com