# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID N. BADAGLIACCO, | ) | Ill. State Court No. 2021 L 003398 |
| | ) | |
| Plaintiff, | ) | Federal Court No: 1:21-cv-2424 |
| v. | ) | |
| | ) | Honorable Judge Thomas M. Durkin |
| SAFARILAND, LLC, a Limited Liability | ) | |
| Company, | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| Defendant. | ) | |

**DEFENDANT, SAFARILAND, LLC., a Limited Liability Company's**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW COMES the Defendant, SAFARILAND, LLC., a Limited Liability Company by and through their attorneys at McCoy Leavitt Laskey, and hereby moves this Honorable Court, pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, and respectfully requests that this Court grant leave to withdraw the appearance of Michael J. Hallock, as one of the attorneys for this Defendant. In support of this motion, Defendant states as follows:

1. Attorney, Michael J. Hallock, currently has an appearance on file as one of the attorneys of record for Defendant SAFARILAND, LLC., a Limited Liability Company.

2. Defendant now seeks leave of Court to withdraw the appearance of Michael J. Hallock. Law Office of Johnson & Bell will appear for Defendant, SAFARILAND, LLC., a Limited Liability Company.

Wherefore, Defendant, SAFARILAND, LLC., a Limited Liability Company, respectfully request that this Honorable Court grant the instant motion and enter an order withdrawing the appearance of attorney Michael J. Hallock as an attorney of record for the Defendant,

SAFARILAND, LLC., a Limited Liability Company.

                                      Respectfully submitted,

Dated: January 18, 2024          **McCOY LEAVITT LASKEY LLC**
                                      Attorney for Defendant Safariland, LLC

                                        By: *Electronically Signed by Michael J. Hallock*
                                        Michael J. Hallock
                                        150 Wacker Dr. Ste. 2479
                                        Chicago, IL 60606
                                        Telephone (815) 218-3680
                                        Facsimile (262) 522-7020
                                        mhallock@mlllaw.com

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a copy of this document was served on the 18th day of January, 2024, upon all parties and/or attorneys of record who have electronically appeared in the above cause by serving the parties and/or attorneys of record at their respective addresses disclosed on the pleadings. Service was made by:

☐ U.S. Mail     ☐ Hand-Delivery     ☒ Email     ☐ Facsimile     ☐ Other – EDMS

| **Attorney for Plaintiff:**<br>Scott C. Sands  Charles A. Terry<br>**Anesi, Ozmon, Rodin, Novak & Kohen, LTD**<br>161 North Clark Street, Suite 2100<br>Chicago, Illinois 60601<br>P: 312-372-3822<br>F: 312-372-3833<br>ssands@anesilaw.com<br>cterry@anesilaw.com<br>ssenderak@anesilaw.com | |

                */s/ Guadalupe Murillo*
                Guadalupe Murillo, Legal Assistant