**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

David N Badagliacco

Plaintiff,

v.                                                                    Case No.: 1:21–cv–02424
                                                                     Honorable Thomas M. Durkin

Safariland, LLC, a Limited Liability Company

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 5, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: Final pretrial conference held on 5/5/2026. Rulings were made orally on motions in limine. Plaintiff's oral motion to voluntarily dismiss count two of the complaint is granted. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.