## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

David N Badagliacco

                                     Plaintiff,

v.                                            Case No.: 1:21–cv–02424

                                            Honorable Thomas M. Durkin

Safariland, LLC, a Limited Liability Company

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 18, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: Jury selection held and completed on 5/18/2026. Jury trial continued to 5/19/2026 at 9:00 a.m. in Courtroom 1441. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.